UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Wilburt Hickman,<br><br>    Petitioner<br><br>v.<br><br>Brian E. Williams, et al.,<br><br>    Respondents | 2:16-cv-00655-JAD-GWF<br><br>**Order Denying Application to Proceed**<br>*In Forma Pauperis*<br><br>[ECF 1] |

Hickman has submitted an application to proceed *in forma pauperis* and a petition for a writ of habeas corpus under 28 USC § 2254. I find that Hickman is able to pay the full filing fee of $5.00. Accordingly,

IT IS HEREBY ORDERED that the application to proceed *in forma pauperis* **[ECF 1] is DENIED**. If Hickman wants to proceed with this action, **he must pay the $5.00 filing fee by May 14, 2016.** Failure to comply will result in the dismissal of this action without further warning.

The Clerk of Court is instructed to send Hickman two copies of this order. Hickman must attach one copy of this order to the check paying the filing fee.

Dated this 14th day of April, 2016.

_____
Jennifer A. Dorsey
United States District Judge