UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Wilburt Hickman,<br><br>        Petitioner<br><br>v.<br><br>Brian E. Williams, et al.,<br><br>        Respondents | **2:16-cv-00655-JAD-GWF**<br><br>**Order Closing Case** |

On July 15, 2016, I denied Wilburt Hickman's protective petition without prejudice as incomplete because he failed to allege any grounds for relief, and I gave him until August 15, 2016, to file an amended petition.[1] I explicitly warned Hickman that if he failed to file an amended petition by this deadline, this case would be closed. Hickman has not filed an amended petition, and he has not requested an extension to do so, so there is no operative petition in this case. I therefore close this case, and, because reasonable jurists would not find my decision to close this case to be debatable or wrong, I decline to issue a certificate of appealability.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is instructed to CLOSE this case, and I decline to issue a certificate of appealability.

September 7, 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 4.